IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NUMBER 5:10-cv-160-RLV-DSC

| | |
|---|---|
| DIRECTV, INC., a California Corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| PIERRE GEORGES LAFLEUR, et al., ) | |
| ) | |
| Defendants. ) | |

Considering the foregoing "Application for Admission to Practice Pro Hac Vice" (document #2), **IT IS HEREBY ORDERED** that Julie Cohen Lonstein be and hereby is, permitted to appear <u>pro hac vice</u> for all purposes, including being heard in open court, in all aspects of the above captioned matter.

**SO ORDERED**.     Signed: November 30, 2010

_____
David S. Cayer
United States Magistrate Judge